UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ORIGINAL

TRIAL BY JURY
DEMANDED

CV 12- 5359

-------------------------------------------------x

DANIELLE BITTON, a/k/a MARCELLE BITTON, a/k/a MARCELLE FHIMA, aka CRYSTAL BITON, A/k/a SAPHYRE REDFORD, a/k/a KRISTY ALEXIS TIGRESS REDFORD, A/k/a CHARLENE MICHELLE BITON, A/k/a MICHELLE BITTON, AKA MICHELLE BITON, A/k/a DANIELLE BITON, AKA JACOB BITON, AKA JACOB BITON, AKA JOSEPH BITTON (DUE TO THE FBI GREYMAIL SETUP OF MILITARY OCT. 19, 2005; DON'T ASK DON'T TELL; GENEVA CONVENTION VIOLATIONS OF JAMES HUBBARD, GEORGE WHITE, CHARLES CARROL, JEB BUSH, ANDREW M. CUOMO, HILLARY RODHAM- CLINTON, DEA MARIA GORDIAN ET AL), Plaintiff,

RECEIVED
OCT 24 2012
AMON, CH.J.
OFFICE

BLOOM, M.J.

-against- PRESIDENT OBAMA, MAYOR OF CHICAGO, PRINCE ANDREW, PRIME MINISTER OF GERMANY, Simon Chitrid, Benjamin Netanyahu, CHASE BANK, ADMIRAL OF ROYAL NAVY UK; Commonwealth, GREENPOINT BANK, WATCHOVIA, CAPITAL ONE, TD BANK, PRIME MINISTER OF AUSTRALIA, HSBC N.A., EAST BANK, ALLIANT CREDIT UNION, AUSTRALIA ADMIRAL OF NAVY & MILITARY, MERCHANTS MARINE, WASHINGTON MUTUAL BANK, GEORGE WHITE, JAMES HUBBARD, JAMES STORY, DANA CORPORATION, ANDREW MELNICK, PROBECK CONSTRUCTION, MARK CHAPMAN, KENYAN & KENYAN, PRIME MINISTER OF HOLLAND, WEITZ LUXENBERG, SID MILLER, GOVERNOR KRISTY, PRIME MINISTER OF JAPAN, PORT AUTHORITY OF NY INJ, R. GROSS DAIRY RESTAURANT, BANK OF JAPAN, P.M. of Switzerland, MR. BROADWAY, MOTI ZILBER, BRUCE REZNICK, ADMIRAL OF NAVY OF JAPAN, CREDIT SUISSE, ALLSTATE INSURANCE, STATE FARM INSURANCE, JOE BIDDEN, ADMIRAL OF NAVY OF CHINA, MARK O'BRIAN SANITATION DEPARTMENT, DONALD TRUMP, Admiral of Navy of FRANCE, TRUMP CASINOS, ROBERT DENEIRO, RALPH DE NEIRO, Morocco Coast Guard, TRIBECA NETWORK, TRIBECA FILM FESTIVAL, US PENTAGON, Admiral of Navy of Sweden, UNITED STATES METHODIST CHURCH, CHURCH OF MORMON, Admiral of Navy of Israel, ROBERT WOLGHEN, C.P.A., ANDREW GREENE, WARNER BROTHERS, Albacao Development,

Shimon Peres, Mossad, Shin Bet, Yuval Diskin,
MEIR DAGAN, RUTH ECKDISH, STEVEN ECKERBERG,
KEVIN MC KIRGAN, ARMFIELD MILLER REAL ESTATE AGENCY,
PRUDENTIAL, DOUGLAS ELLIMAN, MET LIFE, NEWARK LIBERTY
AIRPORT, BALTIMORE PORT AUTHORITY, EHUD BARAK,
LUBAVITCH ASSOCIATION, PINHAS AND COLBY ZACKERY,
ARMAND ZACKERY, MEIR FHIMA, RAY LEVY,
ASSERSON LAW FIRM, DINA FROM NJ, BITON FAMILY
FROM NJ, ED DWECK, ELIOTT SUTTON, GM CORPORATION,
MOSAIC LODGE, BRIAN CONOLY, KATHLEEN CARLA
ALEXANDER, BRITISH GAS PETROLEUM, JAY Z,
KANYE WEST, BRUCE RATNER, ELIZABETH HARRIS,
NYCTA, MTA, SCHLESINGER and JASPER,
DANIEL SILBERMAN, HARVARD CLUB, YALE CLUB,
HARVEY KEITEL, MARTIN SHAW, DR. IRA F INEGOLD,
VICTOR TAIGGER, C.I.A., F.B.I., D.E.A., US MARSHALS,
A.I.G., GOLDMAN SACHS, LINDSAY FRIEDFERTIG,
ANN FRIEDFERTIG, STEVE FRIEDFERTIG, NSA,
TRACEY MC KIRGAN, DAN MC KIRGAN, JOHN MC KIRGAN,
AMERICAN AIRLINES, UNITED CONTINENTAL AIRLINES,
UNITED CONTINENTAL HOLDING, WILMER GRIER,
PAUL FINEMAN, ATTORNEY GENERAL OF US, ERIC HOLDER,
BANK OF CHICAGO, SIDLEY AUSTIN LLP, MICHELLE OBAMA,
MAYOR GOTLIEB, IRS, DEPARTMENT OF CURRENCY,
DEPARTMENT OF ENERGY, NY STATE BOARD OF ELECTIONS,
NY MUNICIPAL PARKING AUTHORITY, SIGNATURE BANK,
ATTORNEY GENERAL OF NY, ATTORNEY GENERAL OF MD,
ATTORNEY GENERAL OF VA, ATTORNEY GENERAL OF MA,

SENATOR KENNEDY, BAIN CAPITAL, BILL CLINTON,
GOLDMAN SACHS, TURNBERRY RESIDENTIAL CONDOMINIUM,
BANK OF AMERICA, SUNY, S.W. STUDENT SVCS,
MARTY MOSKOWITZ, D.A. CY VANCE, D.A. CHARLES
HYNES, GOVERNOR CUOMO, ROBERT FRAZIER, NOBLE VENTURES,
CHILD INTERSTATE SUPPORT NY DEPARTMENT, RITZ CARLTON HOTELS,
SYBIL RAPPAPORT TRUST, COMPOSTO & COMPOSTO, SYSCO CORPORATION,
KEANE & MARLOW, BILL MILLING, MAYOR BLOOMBERG,
AFA, ALPA, TEAMSTERS, UNIFIED COURT SYSTEM OF NY,
CORPORATION COUNSEL, PFIZER PHARMACEUTICALS,
SALLIE MAE, TMOBILE, US BANK OF TRUSTEES,
ISRAEL BANK OF TRUSTEES, BRITAIN BANK OF TRUSTEES,
BRITISH EMBASSY, IRELAND BANK OF TRUSTEES,
SCOTLAND BANK OF TRUSTEES, ROTHSCHILD BANK,
BANK OF LUXENBURG, CUNARD CRUISE LINES, PETER MILLER,
MT. SINAI, BAXTER HEALTHCARE CORPORATION (DOMESTIC
& INTERNATIONAL), JOE TURCO, MORGAN MELHUISH ABRUTYN,
ROYAL NORWEGIAN CARIBBEAN CRUISE LINES, NANCY SUNSHINE,
MATTHEWS, COMMISSIONER OF MIRAMAR, FLORIDA, RAY KELLY, NYPD CHIEF,
AGENT BUGSBY, ADRIANNE MAIDENBAUM, JEFFREY FEINBERG,
9/11 COMMISSION REPORT, JULIE MENIN, ADMIRAL US NAVY,
COMMISSIONER GOODMAN, CLERK OF COURTS HARVEY RUVIN,
CLERK OF COURTS SHARON BROCK, MITT ROMNEY,
ATTORNEY GENERAL OF CANADA, SENATOR DANIEL SQUADRON,
RALUCA & MICHAEL LIPPERT, CLINTON ESTATE, NY DEPT OF
BANKING, NY DEPT OF INSURANCE, DEP, EPA, NY DEPT
OF MENTAL HEALTH, AFL-CIO, NY DEPT OF FINANCE,

NY DEPT OF BLDGS, NY DEPT OF TAXATION,
MD DEPT OF TAXATION, FDNY, JP MORGAN,
CARNEGIE MELLON FOUNDATION, ROCKEFELLAR FOUNDATION,
ROCKEFELLAR FOUNDATION, ROCKAFELLAR FOUNDATION,
UNITED FEDERAL TEACHERS UNION, GREENSPOON AND MARDER,
AMERICAN EXPRESS BANK, MASTER CARD AND VISA,
SAFRA SYNAGOGUE, CATHOLIC ARCHDIOCESE OF AMERICA,
TRINITY CHURCH, MCKINSEY CORPORATION,
MEDIA TAKEOUT, BEYONCE KNOWLES, ATTORNEY
GENERAL OF TEXAS, SECRETARY OF STATE OF TEXAS,
FAA, SECRETARY OF STATE OF OKLAHOMA,
GOVERNOR OF TEXAS, GOVERNOR OF LOUISIANA,
GOVERNOR OF MINNESOTA, PRESIDENT RAUL CASTRO,
PRESIDENT OF IRAN, DAVID GLAZER, JAY DANKBERG,
STUART GOLD, SANDY BECHER, LYNN UNIVERSITY,
MARYMOUNT MANHATTAN COLLEGE, PRIME MINISTER OF CHINA,
PACER SYSTEM, IBM, MCDONALD DOUGLAS, AIRBUS,
PRIME MINISTER OF ITALY, PRIME MINISTER OF FRANCE,
SECRETARY TO UN, MIAMI PORT AUTHORITY, PETER NISIMAN,
GOVERNOR OF ARIZONA, SECRETARY OF STATE OF ARIZONA,
SENATORS OF ARIZONA, BLUE CROSS AND BLUE SHIELD,
SECRETARY OF STATE OF COLORADO, GOVERNOR OF COLORADO,
CHRISTYNE QUINN, COMMUNITY BOARD OF NYC ALL OF
THEM, BRITISH INTELLIGENSIA, CHIEF JUDGE
LORETTA PRESKA, TRAN UNION, EXPERIAN, SECRETARY OF COMMERCE,
EQUIFAX, FEDERAL TRADE COMMISSION, OFFICE OF THE
COMPTROLLER OF THE CURRENCY COMPLIANCE MNGMNT, FTC,

FEDERAL RESERVE BOARD DIVISION OF CONSUMER &
COMMUNITY AFFAIRS, OFFICE OF THRIFT SUPERVISION
CONSUMER COMPLAINTS, BLACKWATER, PRINCE CHARLES OF WALES,
PRIME MINISTER OF SPAIN, MAYOR OF MADRID, AMEENA MEER, PRIME MINISTER OF INDIA,
WORLD BANK, OCCUPATION PROPAGANDA OF ROBERT DENEIRO,
MAYOR GOTLIEB, AVENTURA POLICE DEPARTMENT,
DETECTIVE ADCOCK, MIRAMAR POLICE DEPARTMENT, MOROCCO GOVERNMENT,
MARYLAND DEPARTMENT OF HIGHWAY SAFETY, ESTATE OF MR SAFRA,
NATIONAL CREDIT UNION ADMINISTRATION, NY DMV, Mark Settlement, HUD,
US ARMED FORCES, NATO, PRIME MINISTER OF SWEDEN, PROSKAUER ROSE,
SWEDISH INTELLIGENCE, PRIME MINISTER OF GREECE, Matthew Aboulafia,
BARCLAYS BANK, PRIME MINISTER OF FRANCE, ERIC ROTHSTEIN,
COMMISSIONER OF FRANCE, PRIME MINISTER OF
IRELAND, COMMISSIONER OF IRELAND, NASA, BRITISH PARLIAMENT, CANADA PARLIAMENT,
US TRADE COURT, US BANKRUPTCY COURT, SECRETARY OF STATE OF DELAWARE,
PRIME MINISTER OF BRAZIL, DEPARTMENT OF HIGHWAY
SAFETY STATE OF FLORIDA, DISTRICT ATTORNEY OF
LOS ANGELES, HILTON HOTELS, MARRIOT HOTELS, STONEWALL CONSTRUCTION,
RITZ CARLTON, DR. BERAKA, BLACKROCK GROUP, DANA CORPORATION
CARLTON GROUP, H&R BLOCK, COMMONWEALTH OF
VA DEPARTMENT OF TRANSPORTATION, STATE OF
MD DEPT OF TRANSPORTATION, STATE OF NY, US Customs & Immigration, UK Customs
& Immigration, DEPARTMENT OF TRANSPORTATION, HOMELAND SECURITY, Lloyd's of London,
JANET RUSSO, NATIONAL CREDIT UNION ADMINISTRATION,
FEDERAL DEPOSIT INSURANCE CORPORATION, DEPARTMENT
OF TRANSPORTATION, OFFICE OF FINANCIAL MANAGEMENT, DUPONT,
DEPARTMENT OF AGRICULTURE, OFFICE OF DEPUTY ADMINISTRATOR-
GLPSA, GSA, TSA, ESTATE OF CHARLES HARRIS, OSHA, Pastor
of Church who stole mortgages and made false charity, CIPRIANI,
John Charles Dibbs, S. L GREEN REALTY CORP., Bklyn Tabernacle church,
FED EX KINKOS, DHL, UPS, SOVEREIGN BANK, BANK OF NY MELLON,

REPUBLIC OF CHINA,

DEFENDANTS,

TRIAL BY JURY

COMPLAINT

1. Parties - Plaintiff and her family are victims of nuclear - drug - espionage of UAL etal.
Plaintiff, Danielle Biton, was born as a female and has no gender
identity issues. Due to the rape of steven Eckerberg, Union United
Airlines, with his boyfriend, DON'T ASK and Don't tell, and due to the
US ARMED FORCES military of Eckerberg etal who took revenge
and retaliation on me and my family due to whistle blowing,
my family's identities have been illegally used by both foreign
& domestic Governments on how to sabotage and violate our identities,
and our human rights. I do not authorize Israel nor Iran nor US nor
Canada nor Britain nor anyone else on how to use my identity
and my family's identity on how to carry out work of spying.
My family and I are not spies and unfortunately, I have been
rapped as well as my mother and sister who the Government
both foreign & domestic agents have been allowed to violate
our privacy, our homes, our lives, our happiness, our health,
our transportation, our court proceedings et al so that we
could be barred from our human & constitutional rights to
housing, healthcare, education, protection from unlawful prosecution,
protection for intelligence, protection for banking good faith
and the right to live a normal life. Due to these serious violations
I do not have a home due to greymail of 19 October 2005.
I AM A Jew who got stripped and barred of my

human rights / constitutional rights by Jews, Muslims, Catholics Christians, Hindus, Aethests et al. I refuse this. I refuse this for my family.

Defendants reside at different locations.

II. The jurisdiction of the Court is invoked pursuant to Constitutional and human rights violations that was constructed illegally by FBI, DEPT of JUSTICE ET AL. illegally using identities of my family members in order to illegally use my id for the planning, carrying out, and conspiring against the environment, media, World Court of Human Rights, HIPPA violations, nuclear arms, trade embargos, unlawful and unhumanitarian violations against innocents Charlene Michelle Bitton, Biton, Kristy Alexis Tigress Redford, Danielle Bitton, Danielle Biton, Marcelle Biton, Marcelle Fhima, SAPHYRE REDFORD, and CRYSTAL BITON. The insurances from Chicago Corporation, AIG, as to Dana CORPORATION that Attorney Matthew Aboulafia, A MEENA MEER, WILMER HILL GRIER, ELIZABETH HARRIS, JANET CHANG, EASTBANK, MAYOR BLOOMBERG ET AL FALSIFIES POWER OF Attorney, as to false death certificates, as to false allegations of nuclear weapons bombing aircrafts, and false allegations of terrorism, false allegations of mental incompetence, false signatures that have illegally waived the rights to the greymail of 19 October 2005 that all defendants

illegally used HSBC /Eastbank /Bank of America Federal
Reserve /Alliant Credit Union et al note that is false
and fraud. I never signed the note /mortgage /greymail
and neither did my family. The US & foreign governments & Banks
et al together with religious organizations are in violations of
serious human rights and constitutional rights violations.

II. I refuse to have my family and I placed in serious
harm's way and I refuse for the Court from Federal
to state to International illegally waive my rights to a
fair trial with jury. I do not owe IRS lien and I never
waived my rights to be heard voire dire. I wrote to PRIME
MINISTER Castro, Embassy of Cuba, stating that I am not an
arms dealer, drug dealer, spy, hyacker, terrorist and that I
have been illegally deprived of my human rights as those
on Guantanomo Bay, Cuba and that I contest and that
my family & I are innocent and we refuse the unlawful
and illegal violations of human rights that have been done to us
by Israel Prime Minister, BRITISH PRIME MINISTER,
Canadian Prime Minister, US President, Jewish Synagogue,
Catholic Church, Muslim Church, et al.
I demand to bring everyone to the court where military
ARMED FORCES, SECRETARY OF STATE et al must answer for
their crimes against my family's identity, life, happiness, freedom,
pursuit of happiness, false charges of terrorism, and illegal crimes TRIBECA,NY
NUCLEAR committed against us in order for repeat of Bay of Pigs Cuba, I contest
Kennedy, Mitt Romney, OBAMA) US Navy, Eckerberg, McKirgan, Hubbard, et al.

Dated: 24 October NY Kings County Brooklyn

Danielle Bitton
child of G-d

I borrowed my mom's phone
her number is
(347) 392-8622
BERRIES FBI GREYMAIL@GMAIL.COM

EXHIBIT 1

Oct 23-2012     P.O. Box 302 ny. ny. 100

As I marcelle Biton Ret Acct Started/opened
in Florida. As why I Helf ownership
of R. Dairy Cross Retierent with my ex
met I Had my Acct when bank change From Florida Hereld
husband Jacob Biton. Ret ATTY bruce
Reznick As eddie Arie Fishbean Stole
My Share As To My Helf Retierent heard
Floor of R. Dairy Cross Retierent when My
identity was Stollen by carla Kathleen Alexander
united lawyers insurance Corp As HSBC
emplyee Set Get to bel Her with Municipelity
As Federal Security As S.S. NIV- confractier consel
As cbl of Rhibeca Let Violeted my Rights
As To A Stolen bank Acct Let 1st natien wide
bank As To merchenas bank Let I've been Harassed
by James Hubb and Geogetwhite charls cerroll
His in caVaCe MD VirGinia let set A Trel Al
with Kevin McGirken union Teachers Ret Exploited
As united Airline To East bank Ret Get to Lie Me with
HSBC in cenel St let Stole My Daughter
identity Danielle Biton As Pri All
used My checking As To My Sakin Go bank
Acct As To A 1st claim of bristol
My ers A Breast implants with B robecks

1

That you Violated my RiGHts when
you APPointed A emPlqee bank As
Hayet Smith To continue the Ref Heil
Jet Was by F.b.I As To Loan Hat bebe unit
Jet HSbc didint not issue me A 1999
Janus-2000 A mat bebe in 9 nn Ry more st
ny ny 10013 when HSb Get ToGether with East
bank As state Attny Elliots Pitter ect AL
To Steel A Purchse of ownership As To Deed
Jet & A True ownership of 275 heewbierst
Aptc To 9 narth more st ny ny 10013 Jet HSbc
Get ToGether with Tabark Ra's hate As to Doulds
eilimen to steel my Rights Jet Jq use and
Stole identitis of A P.O.A Daughter To more
As HSbc Had no RiGHts To Set A Trust in
oct 19-2005. As 2011 when SHamina Abank
security enPlqeeJet Violated my RiGHts As site
Had A Heetin G with bank HNGRR AL en Girith
Stepher Hckeen To Set A Trep of close Acct As
To APen Acct Jet HSbc with HSbc Hanebenent
Net Violated ny constitutional RiGHts As to bank
Acct Jet & Try to clean uP when I served Hayet
SmithY with HSbc Stepher Hckeen As oct 19-2005 To
2011 & Contest union emPlqees As to Federal security
maxfield Gitoya Alca no Longer AL victus          As 2011 when the
Crotal Bitoya Alca      of HSbc                    SHameena Took Acct
3of the Red Fad As A note To Pelese 2007  "Farth  in Her Hends Jet site
2009 HSbc Acted in bad                             close and I open Acct

That I contst the Ferusse fraud As To HSBC employee who use and Abuse their Position when I im no wronG As I Always Acted in Good Faith and Trusted My SavinGs Acct To my checkinG Acct From Florida miami To nyc Act 1st Nationwide Republic To marine To HSBC bank Act From 120 Broadway My DrivinG license to my PassPort To my identity As To P.o.A Act was only Danielle to crystal not To HSBC no P.o.A. To no Trust To no HSBC employee ToSiGn neider To Act in our Behalf when we well comPetent Marcelle Bitton. crystal Bitton-Softya Redford Act employee HSBC FerrssiKy Documents AkaG SwitchinG bank Acct As Had no RiGhts To close 2009 bank checkinG Acc t As def SwitcH usinG A note def com not A know oK 2007-2009 I contst eat Al bad Faith Done montbebe in my Personel ProPerty. neider Ahee For A Trust Act

marcelle Bitton Aka
marcelle Fatima Aka
crystal Bitton Aka
Sofiya Red Ford

JENNIFER ALVARADO
No. 01AL6230132
Notary Public, State of New York
Qualified in Kings County
My Commission Expires 11/01/2014

HSBC Bank, N.A.
MONTAGUE ST. BR. #660
200 MONTAGUE ST.
BROOKLYN, NY 11201

3

EXHIBIT 2

SUPREME COURT OF THE STATE OF NEW YORK
APPELLATE DIVISION: SECOND JUDICIAL DEPARTMENT
COUNTY OF KINGS

Appellate Division
Docket No: 2011-07392

-------------------------------------------X

SAPHYRE REDFORD, ~~formerly~~ also Known as
CRYSTAL BITON,        Plaintiff-Appellant,

MOTION FOR RECONSIDERATION

-VS-
WILMER HILL GRIER, Defendants-Respondents.

-------------------------------------------X

PLEASE TAKE NOTICE that Plaintiff-Appellant SAPHYRE Redford
Also KNOWN As CRYSTAL BITON, moves the Court located at 45 Monroe
Street, Brooklyn, NY 11201 on the 8 day of November 2012 for a motion for
reconsideration and whatever else the Court deems just and proper.

Respectfully,

Dated: 22 October 2012
Kings County BKlyn, NY

SENT TO: Ms. Wilmer Hill Grier
         60-16 86th St Suite 7C
         Middle Village, NY
                    11379

(718) 947-0273

+ Saphyre Redford aka Crystal Biton
  Saphyre Redford aka Crystal Biton
  PO BOX 302
  NY, NY 10013
  (347) 392-8622
  Berriesfbigreymail@gmail.com

STATE OF NY.)
COUNTY OF KINGS)

AFFIRMATION

MARCELLE BITTON

To 2009 To elizebeth Harris and Andrew
Melnick To use my name cytel bitor As to
Elizebeth Harris owner. Elizebeth Harris
need to be braught to De court of justice
for Her crime and Demeles Let S He Danger
Ruined our life As To o day As to Ameline
tier As A Trespassing Sitting in ty blood
Hard work When I outside Demending To
Justice Je Set up Tress of oct 19 2008
AbI Set me to Push his act of A Sweet
Hart Deel Done behind our beck 2004
when our constitutional Rights Violeted
As for her SunSHine in charge of making
Sure of Trial Let I Demend my Rights
OF A trial by Ajury As To my childes Right
to De Restore As To our name As to Compensetien
and not to Have 2001 Amelre Cleining
Settlerott. Knew G, our Rights is our Rights retun Reserved
to Stating what ms S to lay her us To be back to us
As we not incompetent but competent and Dened A trial.

cytel bitor Ake Solthe J Coffel

Oct 3 2012

STELLE PRINGLE
Notary Public, State of New York
No. 01PR6230101
Qualified in Kings County
Commission Expires 2014

# Supreme Court of the State of New York
# Appellate Division: Second Judicial Department

M128105
S/sl

REINALDO E. RIVERA, J.P.
ANITA R. FLORIO
LEONARD B. AUSTIN
SANDRA L. SGROI, JJ.

2011-07392

Saphyre Redford, formerly known as
Crystal Biton, plaintiff, v Wilmer Hill Grier,
defendant.

(Index No. CV 119128-07)

DECISION & ORDER ON MOTION
Motion for Leave to Appeal to the
Appellate Division

Motion by the plaintiff for leave to appeal to this Court from an order of the Appellate Term of the Supreme Court, Second, Eleventh, and Thirteenth Judicial Districts, dated May 22, 2009, which affirmed a judgment of the Civil Court, Kings County, dated May 30, 2008.

Upon the papers filed in support of the motion and no papers having been filed in opposition or relation thereto, it is

ORDERED that the motion is denied.

RIVERA, J.P., FLORIO, AUSTIN and SGROI, JJ., concur.

ENTER:

*Matthew G. Kiernan*

Matthew G. Kiernan
Clerk of the Court

November 3, 2011

REDFORD, formerly known as BITON v GRIER

TO PROCESS YOUR REQUEST FOR A COPY OF YOUR NUMIDENT PRINTOUT, WE NEED YOU
TO PROVIDE THE INFORMATION REQUESTED BELOW:

THE FEE IS $16, IF THE SSN IS KNOWN   ******   $18 IF THE SSN IS UNKNOWN

MAKE CHECK OR MONEY ORDER PAYABLE TO **THE SOCIAL SECURITY
ADMINISTRATION.** MAIL THIS FORM AND THE CHECK OR MONEY ORDER TO:

SOCIAL SECURITY ADMINISTRATION
OEO FOIA WORKGROUP
300 N. GREEN STREET
P. O. BOX 33022
BALTIMORE, MD 21290-3022

*NOTE : I never lived in Maryland and I did not enter thru PORT of Baltimore, MD.*

NAME: Marcelle Bitom AKA BITTON

DATE OF BIRTH: 7-12-1952

PLACE OF BIRTH: Morocco

MOTHER'S MAIDEN NAME: Esther FHIMA

FATHER'S NAME: Henshe FHIMA

SEX: Female

MAILING ADDRESS: P.O. Box 302

New York - New York 10013

DAYTIME PHONE # 347-392-8622

I AM THE INDIVIDUAL TO WHOM THE RECORD PERTAINS (OR A PERSON WHO IS
AUTHORIZED TO SIGN THIS LETTER ON BEHALF OF THAT INDIVIDUAL). I UNDERSTAND
THAT ANY FALSE REPRESENTATION TO KNOWINGLY AND WILLFULLY OBTAIN
INFORMATION FROM SOCIAL SECURITY RECORDS IS PUNISHABLE BY A FINE OF NOT
MORE THAN $5,000 OR ONE YEAR IN PRISON.

SINCERELY,

x Marcelle Bitton                10/23/2012
  aka Marcelle Bitton            Date

x Crystal Bitom                  10/23/2012
SIGNATURE                        DATE
  aka CRYSTAL BITON

x Saphyre Redford                10/23/2012
  Saphyre Redford                Date

a/k/a   Marcelle Bitton
a/k/a   Crystal Bitton
a/k/a   Saphyre Redford
a/k/a   Marcelle Fhima

To: SUPREME COURT OF Florida
      Chief Judge
500 South Duval St
Tallahassee, FL 32399

To: Chief Judge Jonathan Lippman
      Court of Appeals
20 Eagle Street
Albany, NY

Oct. 19, 2012

Dear Chief Judge Lippman & Chief Judge Supreme Court of Fla,

I have been going thru for years illegal persecution and illegal prosecution from both the State of Florida and the State of New York. I am a single mother with two children whose lives, happiness, freedom, liberty, American Dream, and identities have been conspired from both municipal unions corporations of NY and Florida. I do not waive my rights and my children do not waive their rights. We want a trial by jury, we are innocent, and we refuse to have false warrants, false liens, false affirmations from attorneys who have been sent in bad faith on how to violate our due process. No more! We are victims who refuse the illegal and unconstitutional violations against human rights.

Respectfully,

x Marcelle Bitton Aka Marcelle FHIMA
Marcelle Bitton aka Marcelle Fhima
aka Crystal Bitton aka Saphyre Redford

x Crystal Biton AKa Saphyre Redford

## Affirmation

I, Danielle Biton, served upon Wilmer Hill-Grier a notice of appeal, letter, motion for reconsideration, affirmation, and letter to chief Clerk Klein & Chief Judge Lippman for the case of Saphyre Redford, a/k/a Crystal Biton vs Wilmer Hill Grier, Index No.: 2011 - 07392, served at 60-16 86th St. Suite 2e, Middle Village, NY 11379 on 10/22/2012.

x _Danielle Biton_

Oct 22, 2012

STELLE PRINGLE
Notary Public, State of New York
No. 01PR6230101
Qualified in Kings County
Commission Expires 2014

EVIDENCE 3

Danielle Biton
Danielle Biton
347-392-8622
PoBox 302
Oct-23-2012
NY, NY 10013
Berries Fbi greymail@gmail.com

HSBC Bank USA, NA.
200 Montague St
Bklyn, NY 11201

Dear Sirs,

I have never had a credit card with you. I never opened up an account with you. I never took out a loan from you. What was reported to Equifax is false and fraud as well to Attorney General. I contest. My mother never had a credit card nor a mortgage nor a loan with you, HSBC Bank. Charlene Michelle Biton aka Carla Kathleen Kristy Alexis Ratford did not and she is a victim of HSBC, Carla Kathleen Alexander et al. We contest.

Respectfully,

Danielle Biton aka Danielle Biton

JENNIFER ALVARADO
No. 01AL6230132
Notary Public, State of New York
Qualified in Kings County
My Commission Expires 11/01/2014

Witnessed on the 23rd
Day of October, 2012.

EVIDENCE 4

DEAR EQUIFAX

Dear Sirs,

23 OCTOBER 2012

Spoke to: Mr. Forth

I spoke to Mr. Fourth for Capital One and he checked under my ss# and I contest the false reporting to Equifax. Mr. Fourth has no info on my social security and said that there is nothing. Please remove the fraud from HSBC illegal and false reporting as well from Alliant credit Union et al. I never lived at 9 North Moore Street, NY, NY 10013. I contest the entire false report conf# 2276074026.

Respectfully,

x Danielle Biton

Danielle Biton
PO Box 302
NY, NY 10013
Bernesfbigreymail @gmail.com

JENNIFER ALVARADO
No. 01AL6230132
Notary Public, State of New York
Qualified in Kings County
My Commission Expires 11/01/2014

Witnessed on the 23rd day of october, 2012.

HSBC Bank USA, N.A.
MONTAGUE ST. BR. #660
200 MONTAGUE ST.
BROOKLYN, NY 11201

# EQUIFAX
# RESEARCH REQUEST FORM

**You may initiate an investigation request via the internet at www.investigate.equifax.com. To initiate your request or if you elect below to have the results of your investigation posted on a secured website, you will need the below confirmation number, email address you provided, and ID information.**

Or, mail this document to the following address:

*I never lived at 9 N Moore street NY, NY 10013*

Equifax Information Services LLC
P.O. Box 105314
Atlanta GA 30348

**Email Address** (please print clearly): **BERRIES FBI GREYMAIL@GMAIL.COM**
*347-392-8622*

Would you like Equifax to hide the first 5 digits of your social security number on our response to you?  Circle: (Yes)  No

## Confirmation Number: 2276074026

Intentionally making any false statements to a consumer reporting agency for the purpose of having it placed on a consumer report is punishable by law in some states. To ensure that your request is processed accurately, please enlarge photocopies of any items that contain small print (i.e. driver's license, W2 Forms, etc.). Photocopies that are not legible or contain highlighting may cause us to request that you resubmit your request for clarity.

If your identity information differs from the information listed on this form, please fill in the correct information in the space provided for each item. Please provide a photocopy of your driver's license, social security card, or recent utility bill that reflects the correct information.

**Name:** Danielle Biton

**SS#:** XXX-XX-4920
**DOB:** October 19, 1973

**Current Address:** PO Box 302, New York, NY  10013

*HSBC Bank USA, N.A.*
*MONTAGUE ST. BR. #660*
*200 MONTAGUE ST*
*BROOKLYN, NY 11201*

**Previous Address(es):** 9 N Moore St Apt 1, New York, NY  10013
PO Box 302, New York, NY  10013

**Daytime Phone Number**

**Evening Phone Number**

**List other names which you have used for credit in the past**

## Collection Agency Information

**Collection Agency Name** *HSBC buffelo to 1206 RDX1*  **Account Number** *5494096 97646*

Reason for investigation:  ☑ Not Mine   ☐ Collection Paid in Full   ☐ Paid Before Collection Status

☐ Other (Please explain) _____

**Collection Agency Name** *Sallie Mae*  **Account Number** *9263209 7491*

Reason for investigation:  ☑ Not Mine   ☐ Collection Paid in Full   ☐ Paid Before Collection Status

☐ Other (Please explain) _____

## Credit Account Information

**Company Name** *Target Nat'l Bank*  **Account Number** *?*

Reason for investigation:  ☑ Not Mine   ☐ Paid in Full   ☐ Current/Previous Payment Status Incorrect   ☐ Account Closed

☐ Other (Please explain) _____

**Company Name** *Capital one chasebank*  **Account Number** *?*

Reason for investigation:  ☑ Not Mine   ☐ Paid in Full   ☐ Current/Previous Payment Status Incorrect   ☐ Account Closed

☐ Other (Please explain) _____

**Company Name** *Bank of America*  **Account Number** *?*

Reason for investigation:  ☑ Not Mine   ☐ Paid in Full   ☐ Current/Previous Payment Status Incorrect   ☐ Account Closed

☐ Other (Please explain) _____

**Company Name** *Eastbank HSbccamplst*  **Account Number** *?*

Reason for investigation:  ☑ Not Mine   ☐ Paid in Full   ☐ Current/Previous Payment Status Incorrect   ☐ Account Closed

☐ Other (Please explain) _____

JENNIFER ALVARADO
No. 01AL6230132
Notary Public, State of New York
Qualified in Kings County
My Commission Expires 11/01/2014

*witnessed on the 23rd day of October, 2012.*

October 2, 2012

Page 9 of 10

22760740263PD-001246039-521 -8788 -

Danielle Bitton
Danielle Biton
POBox 302
NY, NY 10013
(347) 392-8622
Berriesfbi greymail @ GMAIL. com

NCSPlus
117 E. 24th St., 5th Floor
NY, NY 10010

Account # 98880524
for Lien from     Robert Woloshen CPA
to Danielle Bitton

Oct. 22, 2012

Dear Sir;

Per our conversation yesterday as I stated that I have contacted Mr. Woloshen after I got the equirfax report and stated that I am surprised that when I went to him for a religious matter that had nothing to do with his professional services that I was referred by the Jewish Lubavitch Organizations due to a rape sexual assault that took place at my work with my former employer, UAL Continental. This is the first time that I am noticed that Mr. Woloshen has mixed up G-d with money, I do not. I contest this false lien.

Respectfully,

aka   Danielle Bitton

Danielle Biton

Danielle Biton/Bitton

PoBox 302

NY, NY 10013

(347)392-8622

Capital One Bank USA Na / HsBC Credit Card

PoBox 80026

PoBox 85015                    Salinas, Ca 93912            Oct 19, 2012

Richmond, Va

Dear Sirs,

I have never had a credit card with you. I never opened up an account with you. I never took out a loan from you. What was reported to Equifax is false and fraud as well to Attorney General. I contest. My mother never had a credit card nor a mortgage nor a loan with you, Capital One Bank etal.

Respectfully,

x _____

Danielle Biton

aka Danielle Bitton

Affirmation

I, Crystal Bitton, aka Marcelle Fhima, aka Marcelle Bitton, aka Saphyre Redford hand delivered to HSBC Bank USA, N.A., 200 Montague Street, Bklyn, NY 11201 the following: letter contesting that never did my daughter of I have a credit card, nor a loan nor a mortgage with HSBC Bank, N.A., U.S. and that the report that was prepared by Equifax is false and fraud. Mr. fourth from Capital One acknowledged that there is no credit card and no account.

* letter to Congresswoman Velasquez

by personally delivering to Gaye Reddick

at HSBC Bank, N.A., U.S. on 23 October 2012,

X _____

**HSBC Bank USA, N.A.**
**MONTAGUE ST. BR. #660**
**200 MONTAGUE ST.**
**BROOKLYN, NY 11201**

+ marcelle Bitton Aka
marcelle FHima Aka
cystal Bitton Aka
SaPHyre Red fad.

**JENNIFER ALVARADO**
No. 01AL6230132
Notary Public, State of New York
Qualified in Kings County
My Commission Expires 11/01/2014

Witnessed on the 23rd
Day of october, 2012

Instructions: Fill in the names of the parties to this case and the Index Number. Complete the blank spaces next to the instructions printed in bold type. PRINT AND USE BLACK INK ONLY. [Other blank spaces are for Court use.]

*EASTERN DISTRICT FEDERAL COURT*
*CAMDEN PLAZA BKlyn, NY*

At IAS Part _____ of the Supreme Court of the State of New York, held in and for the County of Kings at the Courthouse, thereof, 360 Adams Street, Brooklyn, N.Y., on the _____ day of_____, 200_.

PRESENT: HON._____
          Justice of the Supreme Court
------------------------------------------------X
In the Matter of the Application of

_____,
[FILL IN NAME(S)]         Petitioner(s)
*MARCELLE BITTON, a/k/a CRYSTAL BITTON*
*a/k/a SAPHYRE REDFORD, DANIELLE BITTON, KRISTY REDFORD,*
                    -against-
*NY STATE BOARD OF ELECTIONS, NY MUNICIPAL*
*PARKING AUTHORITY & Attorney General of NY, BRUCE REZNICK,*
*D.A. CHARLES HYNES, GOVERNOR CUOMO, ROBERT FRAZIER, ET AL*
[FILL IN NAME(S)]         Respondent(s)
------------------------------------------------X

Index No.

_____/_____

ORDER TO SHOW CAUSE

IN SPECIAL PROCEEDING

          Upon reading and filing the verified petition(s) of

*Marcelle Bitton a/k/a SAPHYRE REDFORD* [YOUR NAME(S)], sworn

to on the *19* day of *OCTOBER*_____, 20*12* [DATE THE PETITION WAS

SWORN TO BEFORE A NOTARY PUBLIC] and upon [LIST ANY OTHER SUPPORTING

PAPERS, E.G. ADDITIONAL AFFIDAVITS, EXHIBITS]_____

_____.

          Let the respondent(s) or his/her/their attorney show

cause at IAS Part _____, Room _____, of this Court, to be held at

the Courthouse, 360 Adams Street, Brooklyn, N.Y., on the _____ day

of_____, 200__, at _____o'clock in the _____noon or as

soon thereafter as counsel may be heard why an order should not be

made [DESCRIBE THE RELIEF BEING SOUGHT] *I ask for false voter*
*(my US passport & NY state identities were viewed by NY Voter Board of Election*
*manager Mr. Lehman & Mr. Gay to be false & fraud)*

registration that was filed by District Attorney Charles Hynes together with Attorney General of NY & Governor of NY (in order to deprive me & my two children to our due process, constitutional rights, liberty, freedom, identities, trusts, rights to privacy and insurance claims. that I was stolen by municipal unions corporations) to be contested with trial by jury.

for the reasons that [BRIEFLY DESCRIBE THE REASONS FOR THE RELIEF

YOU ARE REQUESTING] ① I am requesting for immediate removal of BRUCE Reznick acting as power of attorney that he never was my attorney. ② I am asking immediate removal of false license, false warrants, and false illegal ARTICLE 81 done illegally by Cuomo et al. ③ I am asking for my Constitutional rights to be restored & protected so that I am Competent to vote, Competent to handle my own affairs that never died I consent for a guardian. I never, Sufficient cause appearing therefor, let personal waived nor abandoned my rights.

service of a copy of this order, and the petition and other papers

upon which this order is granted, upon the respondent(s) on or before

the _____ day of _____, 200__ be deemed good and sufficient.

Proof of service shall be presented to the court on the return date

directed in the second paragraph of this order.


ENTER


_____
J.S.C.


OSC-SpProc-3/08

Instructions: Fill in the box below and the index number Complete
the blank spaces printed in bold below in accordance with the
directions given. Attach copies of the indicated documents and
mark them as exhibits

EASTERN DISTRICT Federal Court

~~SUPREME COURT OF THE STATE OF NEW YORK~~
~~Camden Plaza Bklyn, NY~~
-------------------------------------x

In the Matter of the Application of

_Marcella Bitton et al_____,
[YOUR NAME(S)]   Petitioner(s)                    Index No._____/___

        -against-
                                                  VERIFIED PETITION
_NY Board of Elections et al_____,
[FILL IN NAME(S)]   Respondent(s)
-------------------------------------x

TO THE SUPREME COURT OF THE STATE OF NEW YORK, COUNTY OF KINGS:

        The petition of _Marcella Bitton a/k/a Saphyre Redford_[YOUR NAME(S)]

respectfully shows to this Court as follows:

        1) Your petitioner(s) resides at _275 Greenwich St. Apt 7C NY, NY 10017_

_× 9 NORTH MOORE STREET NY, NY 10013_____[YOUR ADDRESS].

        2) The respondent(s) is/are [IDENTIFY THE RESPONDENT(S)]

_NY State Board of Elections, AG of NY, Bruce Reznick, D.A. CHARLES HYNES,_
_Governor Cuomo, Robert Frasier, Child Support Enforcement, NY MENTAL Health, NY Corrections,_
_Adrianne Maidenbaum, Jeffrey Feinberg, Joseph Matthews, Commissioner of Miramar, Florida_

        3) [DESCRIBE ALL FACTS CONCERNING YOUR CLAIMS IN THIS

PROCEEDING, INCLUDING THE UNDERLYING EVENTS AND THE NATURE OF ANY

ACTION OR DECISION TAKEN BY RESPONDENT(S) THAT YOU WISH TO

CHALLENGE. ADD MORE PAGES IF NEEDED] _I never abandoned nor did I waive_

_my rights. My intelligence is too smart for the crap that Unions lawyer liars_

_United Chicago Insurance et al stole my identity and in 2005, I was falsely_

_registered to vote in Kings County Bklyn, NY where I never lived nor in Queens_

_and when I trusted the Clerks of Court, the Clerks acted in cospiracy against me_
_along with Attorneys for the Court, Commissioners, NYPD et al._

        4) _The properties that are located in Community Board One_

_rightfully belong to me. I was set up by the city state, and Federal_

_in order for a divorce to be illegally switched, and for child support to be_

illegally claimed by someone else, as well as my shoes, personal belongings, mortgages, property, life, and liberty that all has been illegally violated.

5) I demand to have the records of D.A. Hynes together with D.A. Brown, together with Cy Vance, Eliot Spitzer et al released so that I can challenge false mental allegations. I was stopped from voting.

6) I demand to have my properties, a trust that has been illegally opened by greymail here in Kings County, NY on 19 Oct 2005 that was discovered just now how far 9/11 trust fund has been illegally dispersed and I demand to exercise my constitutional rights to vote for the President in this election.

7) Attached hereto as Appendix/Appendices is/are copies

of relevant documents showing petitioner's right to win this case,

including determination(s)issued by respondent(s)that have a

bearing on this case and/or of which petitioner herein complains,

if any. These documents are [IDENTIFY ALL SUCH DOCUMENTS, INCLUDING

ALL WRITTEN DECISIONS OR DETERMINATIONS MADE BY RESPONDENT(S)THAT

ARE PERTINENT TO THIS CASE AND ATTACH COPIES THEREOF. SEPARATELY

MARK EACH SEPARATE DOCUMENT ATTACHED AS EXHIBIT A, EXHIBIT B,

EXHIBIT C, ETC.]: I win base on the truth that the Clerk of Courts from Nancy Sunshine to Norman Goodman et al stealing my identity and switching it falsely, and illegally with my two children's identities, Chaelene Michelle Biton aka Kristy Klein Redford & Danielle Biton, Danielle Biton. I vote & my two children vote. We are good citizens.

The following Exhibits are attached [IDENTIFY BY LETTER] _____

_____

8) A prior application ___has _✓_has not been

made for the relief requested herein. [CHECK ONE. CHECK THAT A

PRIOR APPLICATION HAS BEEN MADE ONLY IF YOU SOUGHT THE SAME

RELIEF YOU ARE NOW SEEKING.] The prior application was made

[DESCRIBE WHERE, WHEN AND BY WHOM THE PRIOR APPLICATION

WAS MADE, THE RESULT, AND WHY YOU ARE MAKING A SECOND APPLICATION.]

The identity of my first born & second born have been illegally stolen as well as

my identity. Neither I nor my children committed any crime. Neither the state nor the local nor the Federal had probable cause to violate our human constitutional Rights.

WHEREFORE, your deponent prays that this Court. [DESCRIBE THE RELIEF YOU REQUEST]: Immediately Restore my right to vote in this PRESIDENTIAL Election, and immediately clear all false "hence false warrants, greymail, and illegal settlements that neither I nor my two children agreed to. We Contest.

Dated: 10/19, New York, 2002

[DATE SIGNED]

Sworn to before me this 19th day of October, 2002

_____
Notary Public

GRACIA L. GUSTAVE
Notary Public, State of New York
No. 01GU6206939
QUALIFIED IN Kings County
Commission Expires 06/08/2013

mercelle Biton Aka cystel Biton Aka Salpe Radfard
Petitioner
[SIGN YOUR NAME BEFORE A
NOTARY PUBLIC]

mercelle Biton Aka cystel Biton Aka Salpe Radfard
[PRINT NAME]

9 north morestrnyny - 275 heater st
302 P.O. Box ny - 1003
(347) 392-8622
BERRIES FBI GREYMAIL@GMAIL.COM
[Petitioner's Address and
Telephone Number]

VERIFICATION

STATE OF NEW YORK )
SS:
COUNTY OF KINGS)

Marcelle Briton a/k/a Saphyre Redford, [YOUR NAME], being duly sworn, deposes and says: That I am the petitioner in this proceeding, that I have read the foregoing petition and know the contents thereof; that the same is true to my own knowledge, except as to matters therein stated to be alleged on information and belief; and that as to those matters I believe them to be true. To the best of my knowledge, information and belief, formed after an inquiry reasonable under the circumstances, the presentation of these papers or the contentions therein are not frivolous as defined in subsection (c)of section 130-1.1 of the Rules of the Chief Administrator (22NYCRR).

marcelle Biton Aka
Capital Biton Aka SaPhyre Redford
Petitioner
[SIGN YOUR NAME BEFORE A NOTARY PUBLIC]

marcelle Biton Aka
CapitalBiton Aka SaPhye Redford
[PRINT NAME]

Sworn to before me this 19 day of October, 2012

Notary Public

GRACIA L. GUSTAVE
Notary Public, State of New York
No. 01GU6206939
QUALIFIED IN Kings County
Commission Expires 06/08/2013

03/01

# New York State Absentee Ballot Application

| | BOARD USE ONLY: |
|---|---|
| **Please print clearly.** See detailed instructions. | Town/City/Ward/Dist: |
| **This application must either be personally delivered to your county board of elections not later than the day before the election, or postmarked by a governmental postal service not later than 7th day before election day.** The ballot itself must either be personally delivered to the board of elections no later than the close of polls on election day, or postmarked by a governmental postal service not later than the day before the election and received no later than the 7th day after the election. | Registration No: _____<br><br>Party: _____<br><br>☐ voted in office |

**1.** I am requesting, in good faith, an absentee ballot due to (check one reason):

☑ absence from county or New York City on election day
☐ temporary illness or physical disability
☐ permanent illness or physical disability
☐ duties related to primary care of one or more individuals who are ill or physically disabled

☐ patient or inmate in a Veterans' Administration Hospital
☐ detention in jail/prison, awaiting trial, awaiting action by a grand jury, or in prison for a conviction of a crime or offense which was not a felony

**2.** absentee ballot(s) requested for the following election(s) :
☐ Primary Election only    ☑ General Election only    ☐ Special Election only
☑ Any election held between these dates:  absence begins: 10 / 18 / 2012  absence ends: 12 / 31 / 2012

**3.** last name or surname: Briton aka Redford    first name: Crystal aka Saphyre    middle initial: M.G.    suffix:

**4.** date of birth 07 / 12 / 1952    county where you live NY    phone number (optional) (347) 392-8622

**5.** address where you live (residence) street 9 North Moore Street    apt    city NY    state **NY**    zip code 10013

**6.** Delivery of Primary Election Ballot (check one)    ☑ Deliver to me in person at the board of elections
☑ I authorize (give name): Crystal Briton aka Saphyre Redford to pick up my ballot at the board of elections.
☐ Mail ballot to me at: (mailing address)
street no.    street name    apt.    city    state    zip code

**7.** Delivery of General (or Special) Election Ballot (check one)    ☑ Deliver to me in person at the board of elections
☑ I authorize (give name): Crystal Briton aka Saphyre Redford to pick up my ballot at the board of elections.
☐ Mail ballot to me at: (mailing address)
9 North Moore Street    NY    NY    10013
street no.    street name    apt.    city    state    zip code

## Applicant Must Sign Below

**8.** I certify that I am a qualified and  a registered (and for primary, enrolled) voter; and that the information in this application is true and correct and that this application will be accepted for all purposes as the equivalent of an affidavit and, if it contains a material false statement, shall subject me to the same penalties as if I had been duly sworn.

**Sign Here: X** Crystal Briton aka Saphyre Redford    **Date** 10 / 17 / 2012

If applicant is unable to sign  because of illness, physical disability or inability to read, the following statement must be executed: By my mark, duly witnessed hereunder, I hereby state that I am unable to sign my application for an absentee ballot without assistance because I am unable to write by reason of my illness or physical disability or because I am unable to read.  I have made, or have the assistance in making, my mark in lieu of my signature. (No power of attorney or preprinted name stamps allowed. See detailed instructions.)

Date ____/____/____  Name of Voter:_____  Mark:_____

I, the undersigned, hereby certify that the above named voter affixed his or her mark to this application in my presence and I know him or her to be the person who affixed his or her mark to said application and understand that this statement will be accepted for all purposes as the equivalent of an affidavit and if it contains a material false statement, shall subject me to the same penalties as if I had been duly sworn.

_____    _____
(address of witness to mark)    (signature of witness to mark)

Board Use Only
2010 regular ab app2  rev 06/15/10

# Board of Elections in the City of New York

| Boro | Voter ID | Voter Name | Voter Address | Birth Date | Type | Status | Party | ED/AD |
|---|---|---|---|---|---|---|---|---|
| MN | 306213336 | REDFORD SAPHYRE M | 9 NORTH MOORE STREET 1 | 07/12/1952 | R | 2 | REP | 010/66 |

marcelle Biton entry jFK To miami PLD-76

cystal Biton Naturalization citizensHiP AT
FT Louderdele miami 84

- SaPhpe Red Ford 2002 name chenled AT
111 center st ny- by cout law



TEL: (212) 886-2109
CELL: (917) 613-1872
FAX: (646) 638-2010
E-MAIL: tgay@boe.nyc.ny.us

TIMOTHY R. GAY
DEPUTY CHIEF CLERK

BOARD OF ELECTIONS
CITY OF NEW YORK

200 VARICK STREET
NEW YORK, N.Y. 10014

As I make This AFFirmation f cystal Biton AKa
SaPhpe RedFord Det went To File For Vote. As I File
APPlication As They mede me wait hous when I Stated
I Demend Histy Document As I marcelle Biton Det
immiGrate To The united State 1976 As Marcelle Biton
with my ex husbend yecds Biton and my Daughta yanG Abe
Danielle Biton As we been interogated by Home Level Security
At j FK AirPort Det we continue To miami Florida when my
ex husband was employed by international cruise line sHiPs onmills
Rofal caribbean. As marcelle biter det I in citizensHiP cystal
Biton det israeli AGent stole my oribinal citizen Document As
carle Kathleen Alexender stole my identity det by cout 111 center st
I change my name To SaPhpe RedFord. As He leman Gate orders To
stop me Filing As Mr Timothy R. Gay when He Harass me As
Frieghtened me To leave det I Stated To His det i am in titleTo
writing det He reFuse To Give me Document As Dolo notes To SaPhpe
et He Said I do not exsist As cystal biter As Dolo notes I claim that
Red Ford Det He Violated my cons Titution RigHts Det I Demended Human RiGHts been
cald busness of US name my Human RiGHts been violated I contest

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

------------------------------------------------------------X

*Marcelle Bitton et al*

_____

Plaintiff/Petitioner

–against–

*Sunshine et al*

_____

Defendant/Respondent

------------------------------------------------------------X

INDEX NO. _____

Part 130 Certification/
Legal Back

To the best of my knowledge, information and belief,
formed after an inquiry reasonable under the circumstances,
the presentation of these papers or the contentions therein
are not frivolous as defined in subsection (c) of section
130-1.1 of the Rules of the Chief Administrator (22NYCRR)

Sign name: *Marcelle Bitton*

Print name: *Marcelle Bitton*

Address: *PO BOX 302*
*NY, NY 10013*
*BERRIES FBIGREYMAIL@GMAIL.COM*

Telephone *(347) 392-8622*