FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ NOV 0 6 2012 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
DANIELLE BITTON,

                        Plaintiff,

        - against -

SIMON CHITRID, et al.,

                        Defendants.
-----------------------------------------------------------------x

NOT FOR PRINT OR
ELECTRONIC PUBLICATION
**MEMORANDUM & ORDER**
12-CV-05359 (CBA) (LB)

AMON, Chief United States District Judge.

        Plaintiff Danielle Bitton, appearing pro se, commenced this action on October 24, 2012, alleging,

inter alia, that "my family's identities have been illegally used by both foreign & domestic Governments

on how to sabotage and violate our identities, and our human rights." (DE #1.) She requests an order to

show cause for a preliminary injunction and temporary restraining order seeking, inter alia, to prevent

defendants from "funding of crimes against humanity from the Bank of Israel to the Bank of England,"

and the "immediately release [of Bitton's] family from illegal detention/concentration camp/to give back

our identities that FBI . . . illegally stole . . . ." (DE #4.)

        "A preliminary injunction is an extraordinary remedy never awarded as of right." Winter v.

Natural Res. Def. Council, Inc., 555 U.S. 7, 24 (2008). "A plaintiff seeking a preliminary injunction must

establish that he is likely to succeed on the merits, that he is likely to suffer irreparable harm in the

absence of preliminary relief, that the balance of equities tips in his favor, and that an injunction is in the

public interest." Id. at 20. Bitton has neither demonstrated a likelihood of success on the merits nor made

a showing of immediate or irreparable harm. Accordingly, her request for an order to show cause is

denied.

        SO ORDERED.

Dated: Brooklyn, New York
        November  6 , 2012

                                        /S/ Chief Judge Amon
                                        _____
                                        Carol Bagley Amon
                                        Chief United States District Judge