FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 28 2013 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
DANIELLE BITON,

       Plaintiff,

  - against -

PRIME MINISTER OF ISRAEL; ELIZABETH
HARRIS; NANCY SUNSHINE; DISTRICT
ATTORNEY BROWN; BAA; UAL
CONTINENTAL HOLDINGS; EAST BANK;
HSBC; ATTORNEY GENERAL ERIC HOLDER;
BROOKLYN/QUEENS CONGRESSIONAL
DISTRICT; PALM BEACH; BRITAIN & US;
PIMPLETON & DEBVOISE; CHUBB;
ALLSTATE; STATE FARM; NAT'L GAS;
BRITISH GAS; NY CONGRESSIONAL DISTRICT;
MARK ALEXANDER CHAPMAN; AMEENA
MEEK; FRANK CONPART; KEVIN MCKRGAN;
JAMES HUBBARD; KEANE & MARLOW;
KATHLEEN CARLA ALEXANDER; MAIDENBAUM
& FEINBERG;AFL-CIO; ALPA; AFA; JANET
CHANG; STEVEN ECKENBERG; NYPD,

       Defendants.
------------------------------------------------------------x
DANIELLE BITON,

       Plaintiff,

  - against -

WASHINGTON DULLES AIRPORT AUTHORITY;
KEVIN MCKIRGAN; AMEENA MEER;
ELIZABETH HARRIS; UNITED STATES TAX
COURTS; JAMES HUBBARD; DEE DEE
HUBBARD; LISA HUBBARD; JEFF HUBBARD;
DEA; FBI; UNITED STATES ADMIRAL OF THE
UNITED STATES NAVY; NY AIR TRAFFIC
CONTROLLER; PRESIDENT OBAMA; ADMIRAL
OF THE BRITISH NAVY; NY BOARD OF
ELECTIONS; LINDSAY GRAHAM; UAL; AFA;
SENATOR OF SOUTH CAROLINA; SYLVIA
HYNDS-RADIX; UNIFIED COURTS SYSTEM OF

<u>NOT FOR PRINT OR
ELECTRONIC PUBLICATION</u>
**FINAL JUDGMENT &
FILING INJUNCTION**
12-CV-05234 (CBA) (LB)

12-CV-05331 (CBA) (LB)

NY; JUDGE YVONNE LEWIS; HSBC;
EASTBANK; SIDLEY AUSTIN LLP; MARIA
MELENDEZ; LLOYDS OF LONDON; MITT
ROMNEY; BAIN CAPITAL; CHICAGO
TITLE INS. CORP.; LUBAVITCH
INTERNATIONAL JEWISH ASSOCIATIONS,

                                              Defendants.
------------------------------------------------------------------x
DANIELLE BITTON, also known as
MARCELLE BITTON, also known as
MARCELLE FHIMA, also known as
CRYSTAL BITON, also known as
SAPHYRE REDFORD, also known as
KRISTY ALEXIS TIGRESS REDFORD
also known as, CHARLENE MICHELLE
BITON, also known as, MICHELLE
BITON, also known as, DANIELLE
BITON, also known as, JACOB BITON,                12-CV-05359 (CBA) (LB)
also known as, JACOB BITTON, also
known as, JOSEPH BITTON,

                                              Plaintiff,

       - against -

SIMON CHITRID; PRESIDENT OBAMA; et al.,[1]

                                              Defendants.
------------------------------------------------------------------x
DANIELLE BITON,[2]

                                              Plaintiff,
                                                        12-CV-05426 (CBA) (LB)
       - against -

AVENTURA, FLORIDA, a municipal corporation, et al.,[3]

                                              Defendants.
------------------------------------------------------------------x
AMON, Chief United States District Judge.

---

[1] Biton has named hundreds of defendants. Although each defendant is listed on the Court's docket sheet, only the initial defendants are listed here.
[2] Biton (aka Bitton) lists other plaintiffs or her aliases (it is unclear which), but since she is the sole signatory, the Court has listed her as the sole plaintiff.
[3] As in 12-CV-05359, Biton has named hundreds of defendants, but the Court lists only the initial defendants here.

By Order dated December 28, 2012, the Court dismissed the instant actions, summarized Biton's litigation history, and directed her to show cause, by written affirmation, within thirty days of the date of the Order why the Court should not enjoin her from filing future <u>in forma pauperis</u> actions in this Court without first obtaining permission from this Court to file her complaint.

On January 18, 2013, Biton filed a response to the order to show cause under docket number 12-CV-05426; she has not submitted a response in any of the other three actions. Her response states, in its entirety:

> Plaintiff, Danielle Biton, states the following in good faith: Chief Judge Carol Bagley Amon together with Magistrate Judge Lois Bloom together with Presidents Bill Clinton, G.W. Bush, Obama, Obama, Congress, Chief Judge Jordan et al has something to hide so that the world does not know what happened to an innocent woman and her two children. While I was going thru this cruel, unjust, and unusual (together with my family) sadistic set of circumstances that was set up for my family and I on how to rob us of our constitutional protections and to illegally take away from us what has been done behind closed chambers, in camera, and sealed documents that never were entertained to us, indeed Victor Hugo Chavez is correct to have stated that President G. W. Bush stinks like a devil and he is a devil and together with the CIA, FBI, UAL Continental, Mayor Gotleb, Cadillac, Mary Jo, Carla Kathleen Alexander et al are in violation of Human Rights. My identity has been forged by the Government of the USA, Canada, England, Ireland, Scotland, Israel, Jordan et al in order to steal lie and cheat from my mother and sister. I contest. May Allah Jehovah help me to bring my case against the United States of America et al who have stolen our id in order to commit terrorism and in order to condemn innocents without just cause. We are not terrorists and may the USA, Presidents et al be held accountable what has been done against my family and I. No more. I contest this bad faith ruling. Greymail and blackmail.

(Order to Show Cause Resp. at 1.) Biton's submission does not address why she should not be barred from filing any further <u>in forma pauperis</u> actions in this Court. Rather, she repeats the nonsensical and delusional allegations contained in her prior actions, claims that the Court has repeatedly rejected.

The federal courts have limited resources and have the authority and obligation to conserve those resources by managing their dockets for the efficient administration of justice. See Lau v. Meddaugh, 229 F.3d 121, 122 (2d Cir. 2000); In re Martin-Trigona, 9 F.3d 226, 227-29 (2d Cir. 1993). The Court has carefully reviewed Biton's extensive prior history of litigation related to this matter and has considered the burden on the Court and its personnel of continued filing and the likelihood that Biton will continue to abuse the judicial process. Accordingly, the Court orders that: (1) Biton is enjoined from filing any new in forma pauperis action in this Court without first obtaining leave of Court; (2) the Clerk of Court is directed to return to Biton, without filing, any action that is received without an application seeking leave to file; (3) if the Court grants Biton leave to file a new action, the civil action shall be filed and assigned a civil docket number; (4) if leave to file is denied, Biton's submission shall be filed on the Court's miscellaneous docket.

Nothing herein shall be construed to prohibit plaintiff from filing an appeal of this Order. Nevertheless, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith and therefore in forma pauperis status is denied for purpose of an appeal. Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated: Brooklyn, New York
       February 28, 2013

/S/ Chief Judge Carol B. Amon
_____
Carol Bagley Amon
Chief United States District Judge